IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00201-RBJ-KLM

DAWN HOLLINGSWORTH,

    Plaintiff,

v.

PERFORMANT RECOVERY, INC., a California corporation,

    Defendant.

---

NOTICE OF SETTLEMENT

---

COME NOW the parties by and through their undersigned counsel of record and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The settlement document has been executed by the parties.

3. The parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay its own attorney's fees and costs once the settlement terms have been completed. The parties expect this to happen by April 11, 2014.

Dated: March 27, 2014.

Respectfully Submitted,

| s/ David M. Larson | s/ Steven J. Wienczkowski |
|---|---|
| David M. Larson, Esq. | Steven J. Wienczkowski, Esq. |
| 88 Inverness Circle East, Suite I-101 | Adam L. Plotkin, PC |
| Englewood, CO 80112 | 621 17th Street, Suite 1800 |
| Telephone: (303) 799-6895 | Denver, CO 80293 |
| Attorney for Plaintiff | Telephone: (303) 296-3566 |
|  | Attorney(s) for Defendant |